UNITED STATES of America, Plaintiff–Appellee,

v.

Charles Randell GREER, Defendant–Appellant.

No. 10–10929
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 13, 2011.

Denise Bridges Williams, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Mike Brown, Lubbock, TX, for Defendant–Appellant.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Counsel for Charles Randell Greer has moved for leave to withdraw and has filed

published and is not precedent except under

a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Greer has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Greer's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Greer's motion to have his appellate attorney dismissed, to strike counsel's *Anders* brief, and to proceed pro se on appeal is DENIED. *Cf. United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir.1998).

the limited circumstances set forth in 5TH CIR.  R. 47.5.4.